Landon L. Chapman, Appellee, v. James Trembois, Appellant.

Gen. No. 44,754.

opinion filed October 31,

1949; released for publication November 21, 1949. James Trembois, *pro se;* Max R. Naiman, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.